**Motion DENIED.**

This the 27th day of April, 2020.

/s/Louise W. Flanagan, U.S. District Judge

APR. 6, 2020

FILED

APR 09 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

To the Honorable Judge Flanagan,

Good afternoon your Honor. I pray that this letter reaches you well and in good health. My name is John O'Donoghue and I am currently at Pamlico County Detention Center finishing up a six month sentence that your Honor imposed for violating the conditions of my supervision. As of today, April 6th, I have completed 140 days of that sentence. Please let me first say that I was very pleased with and grateful for your judgement. My reasons for writing this letter today come from my concern for my father's well-being in light of this COVID-19 outbreak as well as my family's struggle to help take care of him. As you may recall your Honor, my father struggles with an advanced stage of dementia/Alzheimer's. He lives alone and is unable to take care of himself on a daily basis. As of right now both my brother and my sister are doing everything they can to help maintain a daily routine but it is putting a heavy strain on everyone. They both have families of their own with several children between the two of them ranging from two weeks to nine years old. Given the fact that my father is considered a high-risk individual with regards to this virus, it is potentially dangerous to have the constant back and forth contact between them and their children and families and then my father on a